# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 0 3 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR0130-AJB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JONATHON PENA (1) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Defendant for dismissal, without prejudice; or

\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8:1324 (a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/2/2016

Hon. Anthony J. Battaglia
United States District Judge